John Lynn WILLOUGHBY, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Oct. 25, 1974.

Appeal from Warren Circuit Court; Thomas F. Hines, Judge.

Anthony M. Wilhoit, Public Defender, Anna H. Isaac, Asst. Public Defender, Frankfort, for appellant.

Ed W. Hancock, Atty. Gen., Mark F. Armstrong, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion PER CURIAM, Affirming.*

David PATTERSON

v.

COMMONWEALTH of Kentucky.

Court of Appeals of Kentucky.

Oct. 25, 1974.

Appeal from Jefferson Circuit Court; George H. Kunzman, Judge.

Matthew B. Quinn, Jr., Louisville, for appellant.

Ed W. Hancock, Atty. Gen., Guy C. Shearer, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion PER CURIAM, Affirming.*

Avrice Lodice COTTINGHAM, Appellant,

v.

Robert Lee COTTINGHAM, Appellee.

Court of Appeals of Kentucky.

Oct. 25, 1974.

Appeal from Henderson Circuit Court; Carl D. Melton, Judge.

Ulvester Walker, Henderson, for appellant.

Rudy C. Bryant, Henderson, for appellee.

Memorandum Opinion of the Court by Commissioner CATINNA, Affirming in Part, Reversing in Part.*

Jo Nell WHITELY, Appellant,

v.

Robert L. WHITELY, Appellee
(two cases).

Robert L. WHITELY, Cross-Appellant,

v.

Jo Nell WHITELY, Cross-Appellee.

Court of Appeals of Kentucky.

Oct. 25, 1974.

Appeal from Grayson Circuit Court; A. Murray Beard, Judge.

Paul M. Lewis, Lewis & Bland, Elizabethtown, Richard E. Moorman, Leitchfield, for appellants.

Joseph M. Whittle, David R. Choate, Whittle & Choate, Leitchfield, for appellees.

Memorandum Opinion PER CURIAM, Affirming on Both Appeals and Cross-Appeal.*

* Opinion ordered not to be published.